UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jay Connor,<br><br>   Plaintiff,<br><br>    Vs.<br><br>United Lending Team, Inc., Matthew Adams Individually and John Does 1-10<br><br>   Defendants. | C/A No: 25-cv-13077-JD-MGB<br><br>**DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff dismisses this action with prejudice.

Respectfully Submitted,

Jay C. Connor, *Pro Se*

*/s/ Jay Connor*

215 East Bay Street 201-F
Charleston, SC 29401
(843) 557-5724 (residential)
Jayc650@hush.com

January 9, 2025

RCV'D – USDC – CHAS, SC
2026 JAN 9 PM 1:33